UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

_____

RYDIE, et al

                           *Plaintiffs*,

    v.

BIDEN, et al

                           *Defendants*.

**NOTICE OF APPEAL**

8:21-cv-02696

Judge Deborah K. Chasanow

_____

**PLEASE TAKE NOTICE** that Plaintiffs Israel Rydie and Elizabeth Fleming hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion (ECF No. 26) and the Order on Motion for Preliminary Injunction (ECF No. 27) entered in this action on November 19, 2021.

In keeping with Fed. R. App. Proc. 3, hard copies of this notice have been sent to the clerk of the district court by First Class Mail.

Dated: December 6, 2021

                                           Respectfully submitted,

                                  BY:    */s/ Jonathan B. Bolls*
                                                       P.O. Box 10076
                                                       5221 Franconia Road
                                                       Alexandria, VA  22310
                                                       [T](703) 593-2354
                                                       jonathanbolls@hotmail.com

                                                       *Attorney for Plaintiffs*

Cc:  Counsel of record (*via ECF*)