# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYDIE, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> BIDEN, *et al.*, <br><br>    Defendants. | No. 8:21-cv-2696 <br><br> Judge Deborah Chasanow |

## JOINT MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL

The parties jointly and respectfully request that the Court stay further proceedings in this case pending Plaintiffs' appeal of the denial of their motion for a preliminary injunction. *See Rydie v. Biden*, No. 21-2359 (4th Cir.). Conducting further proceedings in this Court while overlapping issues are under consideration by the U.S. Court of the Appeals for the Fourth Circuit would result in largely duplicative parallel proceedings and create the risk of inconsistent decisions. Conversely, a stay of proceedings would promote efficiency, conserve judicial and party resources, and permit the parties and the Court to receive the benefit of the Fourth Circuit's reasoning in any further proceedings. Accordingly, this Court should exercise its discretion to temporarily stay district court proceedings during the pendency of the Fourth Circuit appeal. The parties further suggest that they file a proposed schedule for further proceedings within 14 days of the entry of a mandate by the Fourth Circuit. A proposed order is attached to this joint motion.

December 15, 2021                                                    Respectfully submitted,

/s/ *Jonathan Bolls*                                                BRIAN M. BOYNTON
JONATHAN BOLLS (MD Bar #14110)         Acting Assistant Attorney General
P.O. Box 10076

1

<div style="display: flex;">

5221 Franconia Road
Alexandria, VA  22310
Phone: (703) 593-2354
Email:jonathanbolls@hotmail.com

*Counsel for Plaintiffs*

CHRISTOPHER R. HALL
CARLOTTA P. WELLS
Assistant Directors

/s/  *Joseph J. DeMott*
STEVEN A. MYERS
Senior Trial Counsel
JOSEPH J. DEMOTT (Va. Bar #93981)
CODY T. KNAPP
R. CHARLIE MERRITT
KENZIE K. OVERING
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-3367
Email: joseph.demott@usdoj.gov

*Counsel for Defendants*

</div>

2