IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ISRAEL RYDIE, et al. :

v. : Civil Action No. DKC 21-2696

JOSEPH R. BIDEN, in his official capacity as President of the United States, et al. :

**ORDER**

The court denied the preliminary injunction motion filed by Plaintiffs Israel Rydie and Elizabeth Fleming on November 19, 2021. (ECF Nos. 26, 27). Plaintiffs filed a notice of appeal on December 6, 2021. (ECF No. 29). On April 19, 2022, the Fourth Circuit held that the Civil Service Reform Act deprived the court of subject matter jurisdiction over Plaintiffs' claims. (ECF No. 34-1). The Fourth Circuit vacated the court's preliminary injunction order with instructions to dismiss the case without prejudice for lack of subject matter jurisdiction. The Fourth Circuit's Mandate issued June 13, 2022. (ECF No. 35).

The court issued correspondence on June 16, 2022, asking the parties to notify it within fourteen (14) days if there were any reason not to lift the stay and enter an order dismissing the case without prejudice. (ECF No. 36). The Government responded on June 23, 2022, agreeing that the court should dismiss the action

without prejudice. (ECF No. 38). To date, Plaintiffs have not responded.

Accordingly, it is this 11th day of July, 2022, by the United States District Court for the District of Maryland, ORDERED that:

1. The stay BE, and the same hereby IS, LIFTED;

2. The complaint BE, and the same hereby IS, DISMISSED without prejudice for lack of subject matter jurisdiction; and

3. The Clerk will transmit copies of this Order to counsel for the parties and CLOSE this case.

/s/
DEBORAH K. CHASANOW
United States District Judge